**Electronically Filed
Supreme Court
SCWC-19-0000861
18-OCT-2024
07:48 AM
Dkt. 7 ODAC**

SCWC-19-0000861

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOEL H. WHITE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000841; CASE NO. 3PC14100137K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Joel H. White's Application for Writ of

Certiorari, filed on September 4, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, October 18, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

